UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

THE GOLDMAN SACHS GROUP, INC.,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 20-CR-437 (MKB)

## ORDER

Upon the unopposed motion of the United States, dated April 26, 2024, to dismiss the criminal Information in the above-captioned case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and having considered the motion, it is hereby

ORDERED that the government's motion is granted and the criminal Information in the above-captioned case is dismissed with prejudice.

Date: April ___, 2024
      Brooklyn, New York

May 6, 2024

S/MKB
_____
THE HONORABLE MARGO K. BRODIE
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK